UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                    :         08 Cr. 1144 (WHP)

FERNANDO DELGADO,                          :         ORDER

                     Defendant.       :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Clerk of Court is directed to unseal the Superseding Information against Defendant.

Dated: New York, New York
       November 8, 2011

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                           U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2011
```

*Counsel of record:*

Telemachus Kasulis
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
*Counsel for the Government*

**Avraham Chaim Moskowitz**
Moskowitz & Book, LLP
345 Seventh Ave
21st Floor
New York, NY 10001
*Counsel for Defendant*