UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :

        -against-                                              :                08 Cr. 1144 (WHP)

FERNANDO DELGADO,                                   :                ORDER

                Defendant.           :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2011
```

WILLIAM H. PAULEY III, United States District Judge:

      The Clerk of Court is directed to unseal the Superseding Information against Defendant, his guilty plea, and all documents relating to his guilty plea.

Dated: New York, New York
       November 18, 2011

                                SO ORDERED:

                                WILLIAM H. PAULEY III,
                                    U.S.D.J.

*Counsel of record:*

Telemachus Kasulis
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
*Counsel for the Government*

Avraham Chaim Moskowitz
Moskowitz & Book, LLP
345 Seventh Ave
21st Floor
New York, NY 10001
*Counsel for Defendant*