UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :     INFORMATION

         -v-                             :     S1 08 Cr. 1144 (WHP)

FERNANDO DELGADO,                        :

              Defendant.                 :

- - - - - - - - - - - - - - - - - - - - x

COUNT ONE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2009

The United States Attorney charges:

1.    From in or about early 2007, up to and including
in or about November 2008, in the Southern District of New York
and elsewhere, FERNANDO DELGADO, the defendant, and others known
and unknown, unlawfully, intentionally and knowingly did combine,
conspire, confederate and agree together and with each other to
violate the narcotics laws of the United States.

2.    It was a part and an object of said conspiracy
that FERNANDO DELGADO, the defendant, and others known and
unknown, would and did distribute and possess with intent to
distribute a controlled substance, to wit, five kilograms and
more of mixtures and substances containing a detectable amount of
cocaine, in violation of Title 21, United States Code, Sections
812, 841(a)(1) and 841(b)(1)(A).

3.    It was a further part and object of said
conspiracy that FERNANDO DELGADO, the defendant, and others known
and unknown, would and did distribute and possess with intent to

distribute a controlled substance, to wit, one kilogram and more
of mixtures and substances containing a detectable amount of
heroin, in violation of Title 21, United States Code, Sections
812, 841(a)(1) and 841(b)(1)(A).

<u>Overt Act</u>

4.    In furtherance of said conspiracy and to effect
the illegal object thereof, the following overt act, among
others, was committed in the Southern District of New York and
elsewhere:

a.    On or about November 4, 2008, FERNANDO
DELGADO, the defendant, and others known and unknown, met in the
vicinity of a McDonald's restaurant parking lot in Bronx, New
York for the purpose of distributing approximately 230 kilograms
of cocaine.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

5.    In or about 2008, in the Southern District of New
York and elsewhere, FERNANDO DELGADO, the defendant, unlawfully,
willfully, and knowingly, during and in relation to a drug
trafficking crime for which he may be prosecuted in a court of
the United States, namely, the narcotics conspiracy charged in
Count One of this Information, did use and carry a firearm, and,
in furtherance of such crime, did possess a firearm, and did aid

and abet the use, carrying, and possession of a firearm, which was brandished during the narcotics conspiracy referenced in Count One.

(Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.)

### FORFEITURE ALLEGATIONS

6.    As a result of committing the controlled substance offense alleged in Count One of this Information, FERNANDO DELGADO, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the narcotics violation alleged in Count One of the Information.

7.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value;

           or

       e.    has been commingled with other property which

           cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the

defendants up to the value of the above forfeitable property.

                (Title 21, United States Code,
          Sections 841(a)(1), 846, and 853.)


LEV L. DASSIN
Acting United States Attorney

4